# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DRAPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY SHERIFF ORLANDO CASTANEDA,<br><br>　　　　Defendant. | Case No. EDCV 10-1594-JHN (JEM)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiff's state law claim for damages with prejudice is GRANTED. Defendant shall file an Answer to the remaining claims in the First Amended Complaint within thirty (30) days of the date of this Order.

DATED: June 24, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE